UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TOORAJ AGAMIYOUNI NAKHEI, | Case No. SACV 13-851 DSF(JC) |
|---|---|
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and the Magistrate Judge's February 24, 2014 order ("February 2014 Order") denying petitioner's motion for stay and abeyance of this action ("Stay Motion"). The Court approves and accepts the Report and Recommendation, including the February 2014 Order which is attached to and incorporated by reference therein.

IT IS ORDERED that: (1) the Stay Motion is denied; (2) the Petition is denied on its merits; and (3) this action is dismissed with prejudice.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation (including the February 2014 Order), and the
3  Judgment herein on petitioner and counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5  9/30/15
6  DATED: _____

8  _____
9  HONORABLE DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE