UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TOORAJ AGAMIYOUNI NAKHEI, | Case No. SACV 13-851 DSF(JC) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 9/30/15  _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE